UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KYLE FULK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-125-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LVNV FUNDING, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has been advised that the parties have settled all issues in dispute. [Record No. 37] Accordingly, it is hereby

**ORDERED** as follows:

1. All deadlines previously imposed pursuant to the Court's Scheduling Order entered on December 24, 2014 [Record No. 31] are **SET ASIDE**.

2. The parties shall tender an Agreed Order dismissing this case with prejudice within 30 days of the entry of this Order. The Court will entertain a motion to re-docket deadlines upon motion filed within 30 days from entry of this Order if the settlement is not consummated.

This 2nd day of March, 2015.

