UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KYLE FULK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-125-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LVNV FUNDING, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The parties to this action have tendered a Stipulation of Dismissal, indicating that they have resolved all issues in dispute. [Record No. 41] Accordingly, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, with prejudice.

2. The parties shall bear their respective costs and expenses.

3. The hearing previously scheduled for April 15, 2015, is **CANCELED**.

This 13th day of April, 2015.



Signed By:
Danny C. Reeves  DCR
United States District Judge

- 1 -